IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| IN RE:<br>EDRA D. BLIXSETH,<br>    Debtor.<br>WESTERN CAPITAL PARTNERS, LLC,<br>    Appellant,<br>vs.<br>RICHARD J. SAMPSON, as Trustee for the Chapter 7 Estate of Edra D. Blixseth,<br>    Appellee. | CR 13–25–BU–DLC<br><br>ORDER |

The Parties having filed status reports agreeing that the appropriate action after the Ninth Circuit's March 9, 2017 Order (Doc. 28) and May 11, 2017 Mandate (Doc. 31) is for this Court to remand the case to the Bankruptcy Court to enter judgment consistent with the Ninth Circuit's decision, (Docs. 36 at 2; 37 at 2),

IT IS ORDERED that this case is remanded to the United States Bankruptcy Court for the District of Montana to enter judgment consistent with the Ninth Circuit's decision.

DATED this 23rd day of August, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court